# Court of Appeals
# of the State of Georgia

ATLANTA,__February 13, 2018_____

*The Court of Appeals hereby passes the following order:*

**A18D0287. RICHARD FRAZIER v. THE STATE.**

On January 16, 2017, this Court docketed an application for discretionary appeal filed by Richard Frazier. However, while Frazier's application materials contain a stamped "filed" copy of a court order permitting him to file as a pauper in the court below, which he attached in support of his motion to file as a pauper in this Court, Frazier's application materials do not contain any other order from the court below. Frazier's motion for oral argument appears to indicate that this case involves a probation revocation, but Frazier has failed to provide an order revoking his probation or otherwise addressing issues relevant to a probation revocation. Pursuant to Court of Appeals Rule 31 (c), an application must contain a stamped "filed" copy of the trial court's order or judgment from which the appeal is sought. Such an order is required to ascertain whether an application was filed within 30 days of entry of the order sought to be appealed, as required by OCGA § 5-6-35 (d). Without a stamped "filed" copy of the order from which he seeks to appeal, we are unable to entertain jurisdiction over this case. Accordingly, Frazier's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/13/2018_____*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, *Clerk.*